CRAWFORDSVILLE WIRE AND NAIL COMPANY v. TITUS.

[No. 13,099.    Filed December 20, 1927.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act by Iven Titus against the Crawfordsville Wire and Nail Company. From the award made therein, the defendant appeals. *Affirmed.* By the court in banc.

*G. A. Bruegger* and *Joseph W. Hutchinson,* for appellant.
*Charles Johnston,* for appellee.

PER CURIAM.—Award affirmed.
Dausman, J., absent.

---

TRIUMPH-THE CHURCH AND KINGDOM OF GOD IN CHRIST ET AL. v. LITTLEJOHN, ADMINISTRATOR.

[No. 12,667.    Filed May 20, 1927.    Rehearing denied December 21, 1927.]

From Marion Probate Court (1,739); *Mahlon E. Bash,* Judge.

Action between Triumph-The Church and Kingdom of God in Christ and others and Forrest Littlejohn, administrator. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Robert Lee Brokenburr* and *W. S. Henry,* for appellants.
*William E. Henderson,* for appellee.

PER CURIAM.—Affirmed.
Dausman, J., absent.

---

STRAUSS ET AL. v. HETTLER.

[No. 13,055.    Filed January 4, 1928.]

From Wabash Circuit Court; *Hurd J. Hurst,* Special Judge.

Action between John W. Strauss and others and John H. Hettler. From the judgment rendered, the former appeal. *Affirmed.* By the court in banc.

*D. F. Brooks,* for appellants.
*William H. Anderson* and *Charles A. Sala,* for appellee.

PER CURIAM.—Affirmed.
Dausman, J., absent.